## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF KANSAS

| | |
|---|---|
| **PATRICIA CALLEGARI** | ) |
| | ) |
| **and** | ) |
| | ) |
| **CHRISTINA ROSE,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | )   **Case No. 06-2148-KHV-DJW** |
| | ) |
| **CREATIVE MARKETING** | ) |
| **INTERNATIONAL CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

<u>ORDER OF DISMISSAL</u>

Pursuant to the Stipulation of Dismissal with Prejudice filed by the parties (Doc. #11), and upon the request of the parties, the Court hereby dismisses this action with prejudice, each party to bear her/its own costs and attorneys' fees.

SO ORDERED this 15th day of September, 2006.


s/ Kathryn H. Vratil_____
Kathryn H. Vratil
United States District Court Judge